### STATE

v.

### Dennis K. OLIVER.

### No. 81–431–M.P.

Supreme Court of Rhode Island.

Sept. 10, 1981.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for plaintiff-respondent.

Michael A. DiLauro, Asst. Public Defender, for defendant-petitioner.

## ORDER

This petition for writ of certiorari raises issues which should have been raised by direct appeal from the District Court judgment. Therefore, the petition for writ of certiorari is denied.